IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Kay Meredith,                          :
                                             :
              Plaintiff(s),                   :
                                             :    Case Number: 1:10cv815
       vs.                                   :
                                             :    Chief Judge Susan J. Dlott
Commissioner of Social Security,             :
                                             :
              Defendant(s).                   :

ORDER

       This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on February 14, 2012 a Report and Recommendation

(Doc. 22).  Subsequently, the plaintiff filed objections to such Report and Recommendation

(Doc. 24).

       The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter.  Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

       Accordingly, the decision of the Commissioner is **AFFIRMED.**  This case is

**DISMISSED** from the docket of this Court.

       IT IS SO ORDERED.

                                   ___s/Susan J. Dlott_____
                                   Chief Judge Susan J. Dlott
                                   United States District Court